# Court of Appeals
# of the State of Georgia

ATLANTA,  October 03, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0446.  TICLAIR SEVERE v. ELVIA RAMOS TELLEZ.**

On July 26, 2019, the trial court entered an order modifying visitation.  On August 30, 2019, Ticlair Severe, the minor child's father, filed a notice of appeal. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Because Severe filed his notice of appeal 35 days after entry of the trial court's order, his appeal is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  10/03/2019*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*